UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY MCMURRY, JR.,

              Plaintiff,

   v.

THRIVE COMMUNITIES LLC,

              Defendant.

Case No. C25-0817-JNW

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 5th day of May, 2025.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1