UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY MCMURRY, JR., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE COMMUNITIES, LLC, <br><br> Defendant. | CASE NO. 2:25-cv-00817-JNW <br><br> APPOINTMENT ORDER |

On June 2, 2025, the Court granted Plaintiff Johnny McMurry, Jr.'s motion to appoint counsel and directed the District Coordinator of the Pro Bono Panel to try to secure counsel to represent McMurry for further proceedings. Dkt. No. 13. Since then, the Pro Bono Panel has successfully located counsel to represent McMurry in this case. Thus, the Court APPOINTS the following attorneys as pro bono counsel for McMurry:

(1) Rosa Ostrom
 Hillis Clark Martin & Peterson
 999 Third Ave, Ste 4600
 Seattle, WA 98104
 (206) 470-7609
 rosa.ostrom@hcmp.com

APPOINTMENT ORDER - 1

(2) Alexander M. Wu
Hillis Clark Martin & Peterson
999 Third Ave, Ste 4600
Seattle, WA 98104
(206) 623-1745
alex.wu@hcmp.com

This appointment is made under the Plan of the U.S. District Court for the Western District of Washington for the Representation of Pro Se Litigants in Civil Rights Actions. *See* General Order No. 07-23 (Jan. 1, 2024), https://www.wawd.uscourts.gov/sites/wawd/files/General%20Order%2007-23%20-%20Amended%20Pro%20Bono%20Plan.pdf.

Counsel is directed to file a Notice of Appearance within SEVEN (7) calendar days of this Order. If counsel cannot assume this representation for a reason contemplated by the Civil Rules, a motion for relief from appointment should immediately be filed with the assigned judge.

Dated this 6th day of June, 2025.

Jamal N. Whitehead
United States District Judge

APPOINTMENT ORDER - 2