THE HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY McMURRY, JR., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE COMMUNITIES MANAGEMENT, LLC, <br><br> Defendant. | No. 2:25-cv-00817-JNW <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES <br><br> NOTE ON MOTION CALENDER: July 15,2026 |

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related deadlines. Having reviewed the motion and remainder of the file, the Court finds good cause to continue the trial date and related dates. Accordingly, the stipulated motion is **GRANTED**. The trial date and related dates are modified as follows:

| CASE EVENT | CURRENT DATE | *NEW DATE* |
|---|---|---|
| Discovery Deadline | July 10, 2026 | November 6, 2026 |
| Dispositive Motions Deadline | August 10, 2026 | December 7, 2026 |
| Settlement Conference Deadline | October 8, 2026 | February 4, 2027 |
| Motions in Limine Deadline | October 28, 2026 | February 24, 2027 |
| Deposition Designations | November 16, 2026 | March 15, 2027 |
| Pretrial Order Deadline | November 16, 2026 | March 15, 2027 |

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE AND
RELATED DEADLINES - 1
(Case No. 2:25-cv-00817-JNW)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| Proposed Jury Instructions Deadline | November 23, 2026 | March 22, 2027 |
| Proposed Voir Dire Questions | November 23, 2026 | March 22, 2027 |
| Trial Brief Deadline | November 23, 2026 | March 22, 2027 |
| Pretrial Conference | November 30, 2026 | March 29, 2027 |
| **Trial** | **December 7, 2026** | **April 5, 2027** |

DATED: 16th day of July, 2026.

The Honorable Jamal N. Whitehead
United States District Judge

Presented by:

HILLIS CLARK MARTIN & PETERSON        JACKSON LEWIS P.C.

By: _s/Alexander M. Wu_                By: _s/Bryan O'Connor_
Alexander M. Wu, WSBA #40649              Bryan P. O'Connor, WSBA #23867
999 Third Avenue, Suite 4600             Telephone (206) 626-6423
Seattle, WA 98104                        Joshua H. Tinajero, WSBA #55949
Telephone (206) 623-1745                 Telephone (206) 626-6421
alex.wu@hcmp.com                         520 Pike Street, Suite 2300
                                         Seattle, WA 98101
Counsel for Plaintiff                    Bryan.OConnor@jacksonlewis.com
                                         Joshua.Tinajero@jacksonlewis.com

                                         Counsel for Defendant

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE AND
RELATED DEADLINES - 2
(Case No. 2:25-cv-00817-JNW)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was electronically filed with the Clerk of the Court using the CM/ECF System, and sent to the following:

Alexander M. Wu, WSBA #40649
Hillis Clark Martin & Peterson PS
999 Third Avenue, Suite 4600
Seattle, WA 98104
Telephone (206) 623-1745
Facsimile (206) 623-7789
alex.wu@hcmp.com

☒ via CM/ECF System
☒ via Electronic Mail
☐ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: _____

*With copies to*:

Elizabeth Visick, buffy.visick@hcmp.com

Counsel for Plaintiff

DATED this 15th day of July, 2026.

_____
Tanya Stewart

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE AND
RELATED DEADLINES - 3
(Case No. 2:25-cv-00817-JNW)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404