HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY MCMURRY, JR.,

Plaintiff,

v.

THRIVE COMMUNITIES MANAGEMENT, LLC,

Defendant.

No. 2:25-cv-00817-JNW

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES**

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related deadlines. Having reviewed the motion and remainder of the file, the Court finds good cause to continue the trial date and related dates. Accordingly, the motion is **GRANTED**. The Trial date and related dates are modified as follows:

| **Case Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Discovery Deadline | November 6, 2026 | February 8, 2027 |
| Dispositive Motions Deadline | December 7, 2026 | March 8, 2027 |
| Settlement Conference Deadline | February 4, 2027 | May 4, 2027 |
| Motions in Limine Deadline | February 24, 2027 | May 24, 2027 |
| Deposition Designations | March 15, 2027 | June 15, 2027 |
| Proposed Jury Instructions Deadline | March 22, 2027 | June 22, 2027 |



**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

| | | |
|---|---|---|
| Proposed Voir Dire Questions | March 22, 2027 | June 22, 2027 |
| Trial Brief Deadline | March 22, 2027 | June 22, 2027 |
| Pretrial Conference | March 29, 2027 | June 29, 2027 |
| Trial | April 5, 2027 | July 6, 2027 |

**The Court anticipates that this will be the last continuance in this case, and that the need for additional discovery or settlement negotiations will not constitute good cause moving forward.**

DATED: October 29, 2026

The Honorable Jamal N. Whitehead
United States District Court Judge.

Presented by:

HILLIS CLARK MARTIN & PETERSON P.S.

By *s/Alexander M. Wu*
Alexander M. Wu, WSBA No. 40649
999 Third Avenue, Suite 4600
Seattle, WA 98104
T: 206.623.1745
F: 206.623.7789
E: alex.wu@hcmp.com

*Attorney for Plaintiff Johnny McMurry, Jr.*

JACKSON LEWIS P.C.

By *s/Joshua H. Tinajero*
Bryan O'Connor, WSBA No. 23867
Joshua H. Tinajero, WSBA No. 55949
520 Pike Street, Suite 2300
Seattle, WA 98101
P: 206-405-0404
F: 206-405-4450
E: Bryan.OConnor@jacksonlewis.com
E: Joshua.Tinajero@jacksonlewis.com

*Attorneys for Defendant Thrive Communities Management, LLC*